UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOYOON CHOI, | CASE NO. C16-1745JLR |
| Plaintiff, | ORDER |
| v. | |
| QUALITY LOAN SERVICE CORPORATION, et al., | |
| Defendants. | |

Before the court is Defendants Ocwen Loan Servicing, LLC, ("Ocwen") and Wilmington Trust, N.A.'s ("Wilmington Trust") 20-page opposition to Plaintiff Boyoon Choi's motion for a temporary restraining order ("TRO"). (Resp. (Dkt. # 37); *see also* Req. for Jud. Not. (Dkt. # 38); Wozniak Decl. (Dkt. # 39).) That filing violates the court's February 9, 2017, order by exceeding 12 pages in length and failing to address the court's subject matter jurisdiction. (*See* 2/9/17 Order (Dkt. # 32) at 4 ("[E]ach response must address both subject matter jurisdiction and the merits of Ms. Choi's TRO motion.

ORDER - 1

1 | Defendants' response(s) may not exceed twelve (12) pages each.").)  Accordingly, the
2 | court STRIKES Ocwen and Wilmington Trust's opposition and the accompanying filings
3 | (Dkt. ## 37, 38, 39) and ORDERS them to file an amended response no later than 10:00
4 | a.m. on February 14, 2017.  That response may not exceed twelve (12) pages and must
5 | address both subject matter jurisdiction and the merits of Ms. Choi's TRO motion.

6 |     The court further ORDERS Ocwen and Wilmington Trust to show cause why the
7 | court should not issue monetary sanctions upon counsel for failure to comply with the
8 | court's order in the manner described above.  Ocwen and Wilmington Trust's response to
9 | the order to show cause may not exceed five (5) pages and is due no later than 12:00 p.m.
10 | on Thursday, February 16, 2017.

11 |     Dated this 13th day of February, 2017.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER - 2